■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH ROBINSON, Appellant. [715 NYS2d 881] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered May 19, 1998, convicting her of criminal sale of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMMIE SHEFF, Appellant. [715 NYS2d 881] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered November 30, 1999, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.